UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONNER GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 25-cv-06704-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 31, 38, 46, 47, 49, 53, 57, 58, 64, 65, 66, 67, 68, 69, 70 |

The court began receiving notice in late September and early October that all mail sent to plaintiff James Conner Green ("Green"), including orders requiring him to file an amended complaint, were returned as undeliverable. *See* Dkt. Nos. 65–70. Based on his previous filings, it appears that Green is no longer checking mail at his listed mailing address—391 Ellis Street, San Francisco, CA 94102. *See* Dkt. No. 60. Rather, Green appears to be "staying at an emergency-shelter called 5-Keys" located "on 25th Street," though he did not provide the exact address. *Id.*

"An attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." Civil L. R. 3-11(a). Green must comply with this requirement. I ORDER that Green show cause why this case should not be dismissed for failure to provide the Court with up-to-date information, resulting in his failure to adhere to mandated Court deadlines. If Green responds by December 19, 2025, by filing an amended complaint, as mandated by the prior court orders, and filing the Notice of Change of Address with his current address, this case will proceed. Otherwise, it will be dismissed for failure to prosecute.

Two copies of this order shall be sent to Mr. Green: one to 391 Ellis Street, San Francisco, CA 94102, and one to 600 25th Street, San Francisco, CA 94107, the address of the Five Keys

temporary housing shelter Green appears to be referencing.[1]

**IT IS SO ORDERED.**

Dated: December 4, 2025



William H. Orrick
United States District Judge

---

[1] I will not rule on Green's pending motions until he confirms his whereabouts and willingness to litigate this case.  *See* Dkt Nos. 31, 38, 46, 47, 49, 53, 57, 58, 64.