UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CONNER GREEN,<br>　　　　　Plaintiff,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　　Defendant. | Case No. 25-cv-06704-WHO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 72 |

On December 4, 2025, I issued an Order to Show Cause for plaintiff James Conner Green ("Green") to explain why he has failed to file a Notice of Change of Address with his current mailing address, as well as why he has failed to file an amended complaint, as mandated by my prior orders. Green failed to respond by the December 19, 2025 deadline. Accordingly, this case is DISMISSED WITH PREJUDICE for failure to prosecute. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: January 5, 2026



William H. Orrick
United States District Judge